UNITED STATES of America, Plaintiff—Appellee,

v.

Carlos Demond ROBINSON, a/k/a Carlos Demond Pitts, Defendant—Appellant.

No. 12–6431.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2012.

Decided: Aug. 14, 2012.

Carlos Demond Robinson, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Demond Robinson appeals the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson*, No. 6:93–cr–00232–GRA–1 (D.S.C. Feb. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*